AP/RSB/ML
F.# 2024R00837

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RYAN NIEVES,
CALEB SMITH,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ ORDER

CR 24-MJ-392 (SJB)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andy Palacio, for an order partially unsealing the complaint and arrest warrants for RYAN NIEVES and CALEB SMITH in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrants for RYAN NIEVES and CALEB SMITH in the above-captioned matter be partially unsealed.

Dated: Brooklyn, New York
May 23, 2024 _____, 2024

[redacted]

HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK