RSB
F. #2023R00837

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against - 24-MJ-392 (SJB)

DANIEL HORTON,
RYAN NIEVES and
CALEB SMITH,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Raffaela S. Belizaire from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

Assistant U.S. Attorney Raffaela S. Belizaire
United States Attorney's Office (Criminal Division)
271-A Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6295
Email: Raffaela.Belizaire@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Raffaela S. Belizaire at the email address set forth above.

Dated: Brooklyn, New York
May 24, 2024

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Raffaela S. Belizaire
Raffaela S. Belizaire
Assistant U.S. Attorney

cc: Clerk of the Court (SJB) (By ECF)
Counsel of Record (By ECF)